Christopher L. Lebsock (#184546)
**HAUSFELD LLP**
580 California Street
12th Floor
San Francisco, CA 94101
Telephone: (415) 633-1908
Facsimile: (415) 358-4980

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REDBUD ROOTS INC.,<br><br>Plaintiff,<br><br>v.<br><br>SHENZHEN SMOORE TECHNOLOGY CO. LTD.; JUPITER RESEARCH LLC; GREENLANE HOLDINGS, LLC; 3WIN CORP.; and CB SOLUTIONS d/b/a CANNA BRAND SOLUTIONS<br><br>Defendants. | Case No. 3:25-cv-03221<br><br>**PLAINTIFF REDBUD ROOTS INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Redbud Roots, Inc. certifies that it does not have a parent company, and that no publicly traded company owns 10% or more of its shares.

DATED: April 10, 2025

By: */s/ Christopher L. Lebsock*
Christopher L. Lebsock (#184546)
**HAUSFELD LLP**

580 California Street
12th Floor
San Francisco, CA 94101
Telephone: (415) 633-1908
Facsimile: (415) 358-4980
clebsock@hausfeld.com

Nathaniel C. Giddings (*pro hac vice* forthcoming)
**HAUSFELD LLP**
1200 17th Street NW
Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
Facsimile: (202) 540-7214
ngiddings@hausfeld.com

Joshua H. Grabar (*pro hac vice* forthcoming)
Julia C. Varano (*pro hac vice* forthcoming)
**Grabar Law Office**
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 267-507-6085
Fax: 267-507-6048
jgrabar@grabarlaw.com
jvarano@grabarlaw.com

*Counsel for Redbud Roots, Inc.*